**UNDER SEAL**

**FILED** JUN -5 2019 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| BRIAN PATRICK BAYNES | ) Case No. | |
| | ) 1:19-MJ-260 | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May through November 2018__ in the county of __Prince William__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(3) | Possession of Firearm by Controlled Substance Abuser. |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

SAUSA Anthony Mariano/AUSA Jonathan L. Fahey

*Complainant's Signature*

Michael Bauknight, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5 Jun 19

City and state: Alexandria, VA

/s/
Ivan D. Davis
United States Magistrate Judge