# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

**Judge Assigned:**

**City:**   Superseding Indictment:   **Criminal No.**

**County:** Prince William   Same Defendant:   **New Defendant:** X

Magistrate Judge Case No. 1:19-mj-   **Arraignment Date:**

Search Warrant Case No.   R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** BRIAN PATRICK BAYNES   Alias(es):   ☐ Juvenile   FBI No.

**Address:**

**Employment:**

**Birth Date:** xx/xx/1996   **SSN:** xxx-xx-9112   **Sex:** Male   **Race:**   **Nationality:**

**Place of Birth:**   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:

☐ Interpreter   **Language/Dialect:**   Auto Description:

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:**   ☐ Court Appointed   Counsel Conflicts:

**Address:**   ☐ Retained

**Phone:**   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Anthony Mariano   **Phone:** 703-299-3808   Bar No.

## Complainant Agency - Address & Phone No. or Person & Title:

Michael Bauknight, Special Agent, Federal Bureau of Investigation

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 922(g)(3) | Possession of Firearm by Controlled | 1 | Felony |
| Set 2: | | Substance Abuser | | |

**Date:**   **AUSA Signature:**   *may be continued on reverse*