AO 442 (Rev. 11/11) Arrest Warrant

**UNDER SEAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>BRIAN PATRICK BAYNES<br><br>*Defendant* | ) ) ) Case No. 1:19-MJ-260<br>) ) ) ) |

FILED JUN -6 2019

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* BRIAN PATRICK BAYNES, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession of Firearm by Controlled Substance Abuser, in violation of 18 U.S.C. § 922(g)(3).

Date: 5 Jun 19

/s/ Ivan D. Davis
United States Magistrate Judge
*Issuing officer's signature*

City and state: Alexandria, VA

Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/5/19, and the person was arrested on *(date)* 6/6/19 at *(city and state)* Fairfax, VA.

Date: 6/6/19

*Arresting officer's signature*

Jeffery Taylor, Special Agent
*Printed name and title*