IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

v.

BRIAN PATRICK BAYNES,

Defendant.

Case No. 1:19-CR-232

FILED IN OPEN COURT
AUG - 8 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

Between on or about June 3, 2018, and on or about June 6, 2019, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, BRIAN PATRICK BAYNES, while being an unlawful user of or addicted to any controlled substance, did knowingly and unlawfully possess in and affecting commerce four firearms, specifically, a long gun, bearing serial number 12045993, believed to be a Norinco Chinese SKS-style rifle; a BCM4 rifle, bearing serial number A045643; an Arsenal Firearms model SAM7R, bearing serial number BA532035; and a Sturm Ruger & Co .22 long rifle, bearing serial number 0012-05848, such firearms having been shipped and transported in interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(3)).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date: August 8, 2019        By: _____
                                Anthony W. Mariano
                                Special Assistant United States Attorney
                                Ronald L. Walutes, Jr.
                                Assistany United States Attorney