Prob 22 (VAE Rev. 4/13)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
1:19CR00232-001

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Brian Patrick Baynes<br>6361 Arbor Way<br>Elkridge, MD 21075 | EASTERN DISTRICT OF VIRGINIA | Alexandria |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Liam O'Grady | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 11-22-2019   TO 11-21-2021 |

**OFFENSE:**
Unlawful Transport of Firearms, etc. in violation of Title 18, U.S.C., Section 922(g)(3)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF MARYLAND – BALTIMORE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

April 22, 2021
*Date*

/s/
Liam O'Grady
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND - BALTIMORE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/23/21
*Effective Date*

Ellen L. Hollander
*United States District Judge*

I hereby attest and certify on 04/26/2021 that the foregoing document is a full, true and correct copy of the originals on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy